AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
David Krauss

)
) Case: 1:22-mj-00252
) Assigned To : Harvey, G. Michael
) Assign. Date : 11/14/2022
) Description: Complaint W/ Arrest Warrant
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) David Krauss,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in Capitol Building.

Date: 11/14/2022

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2022.11.14 13:09:56 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 11/14/22, and the person was arrested on (date) 11/15/22
at (city and state) Cherry Hill, NJ.

Date: 11/15/22

David P. Randolph
*Arresting officer's signature*

David P. Randolph, FBI SA
*Printed name and title*