SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00442-HZ |
| v. | MOTION TO DISMISS WITH PREJUDICE |
| JOSHUA M. WARNER, aka EVA WARNER, | |
| Defendant. | |

The government moves the Court for an Order under Fed. R. Crim. P. Rule 48(a) to dismiss with prejudice the indictment against Defendant, in the best interests of justice. Defendant has successfully complied with the terms of the Deferred Resolution Agreement, including performing at least 30 hours of community service.

Dated: December 21, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAMELA PAASO**
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00250-HZ |
| v. | |
| **MARNIE SAMANTHA SAGER,** | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| Defendant. | |
| | **Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 22, 2020 with prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: February 19, 2021

                            Respectfully submitted,

                            BILLY J. WILLIAMS
                            United States Attorney

                            s/ *Pamela Paaso*
                            PAMELA PAASO
                            Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-00170 |
| v. | **MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE** |
| **THOMAS JOHNSON,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the Complaint filed July 27, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 22, 2020            Respectfully submitted,

                                   BILLY J. WILLIAMS
                                   United States Attorney

                                   *s/ Parakram Singh*
                                   PARAKRAM SINGH, OSB #134871
                                   Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00245-IM |
| v. | **MOTION TO DISMISS WITH PREJUDICE COUNT 1 OF INFORMATION** |
| **JENNIFER LYNN KRISTIANSEN,** | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice Count 1 of the information filed July 21, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: October 9, 2020    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00374-BR |
| v. | |
| TAYLOR CHARLES LEMONS, | GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE |
| Defendant. | Rule 48(a) Fed. R. Crim. P. |

    United States of America moves to dismiss the information filed on August 21, 2020 without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

    Dated: August 28, 2020

                                              Respectfully submitted,

                                              BILLY J. WILLIAMS
                                              United States Attorney

                                              s/ *Pamela Paaso*
                                              PAMELA PAASO
                                              Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00252-HZ |
| v. | |
| GABRIEL REED HUSTON, | GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE |
| Defendant. | |
| | Rule 48(a) Fed. R. Crim. P. |

United States of America moves to dismiss the information filed on July 22, 2020 without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: December 4, 2020

                                                              Respectfully submitted,

                                                              BILLY J. WILLIAMS
                                                              United States Attorney

                                                              s/ *Pamela Paaso*
                                                              PAMELA PAASO
                                                              Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00210-IM |
| v. | MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE |
| THEODORE MATTHEE O'BRIEN, | |
| **Defendant.** | |

The United States of America, by and through counsel, respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing without prejudice the Information filed July 7, 2020, charging defendant with Assault on a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: November 3, 2020                  Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

**Motion to Dismiss Information**                                                                 Page 1

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA | 3:20-cr-00278-JO |
|---|---|
| v. | |
| PABLO AVVACATO, | GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE |
| Defendant. | Rule 48(a) Fed. R. Crim. P. |

United States of America moves to dismiss the information filed on July 27, 2020 without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: September 10, 2020

    Respectfully submitted,

    BILLY J. WILLIAMS
    United States Attorney

    s/ *Pamela Paaso*
    PAMELA PAASO
    Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00286-MO |
| v. | GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE |
| IAN ALEC WOLF, | |
| Defendant. | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: November 30, 2020                    Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

 /s/ Ashley R. Cadotte
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney

Motion to Dismiss Information with Prejudice                                        Page 1

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS ROBERT DEAN,<br><br>Defendant. | 3:20-cr-00279-IM<br><br>**GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE**<br><br>Rule 48(a) Fed. R. Crim. P. |

United States of America moves to dismiss the information filed on July 27, 2020 without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: December 21, 2020

                                                                                      Respectfully submitted,

                                                                                      BILLY J. WILLIAMS
                                                                                      United States Attorney

                                                                                      s/ *Pamela Paaso*
                                                                                      PAMELA PAASO
                                                                                      Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                                 Page 1

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-mj-168 |
| v. | **MOTION TO DISMISS COMPLAINT WITH PREJUDICE** |
| **REBECCA MOTA GONZALEZ,** | |
| Defendant. | |

The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint filed July 27, 2020, charging defendant with Assaulting a Federal Officer.

The government seeks this dismissal in the interests of justice.

Dated: January 20, 2021             Respectfully submitted,

                                    BILLY J. WILLIAMS
                                    United States Attorney

                                    *s/ Parakram Singh*
                                    PARAKRAM SINGH, OSB #134871
                                    Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-mj-166 |
| v. | MOTION TO DISMISS COMPLAINT WITH PREJUDICE |
| STEPHEN EDWARD O'DONNELL, | |
| Defendant. | |

    The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Complaint filed July 26, 2020, charging defendant with Assaulting a Federal Officer.

    The government seeks this dismissal in the interests of justice.

Dated: January 22, 2021             Respectfully submitted,

                                                             BILLY J. WILLIAMS
                                                             United States Attorney

                                                             *s/ Parakram Singh*
                                                             PARAKRAM SINGH, OSB #134871
                                                             Assistant United States Attorney

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**ASHLEY R. CADOTTE, OSB #122926**
Assistant United States Attorney
Ashley.Cadotte@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00329-BR |
| v. | **GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **JEFFREE CHEYENNE CARY,** | |
| Defendant. | |

Plaintiff United States of America moves to dismiss this information with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: January 21, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

 /s/ Ashley R. Cadotte
ASHLEY R. CADOTTE, OSB #122926
Assistant United States Attorney

Motion to Dismiss Information with Prejudice                                                    Page 1

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| UNITED STATES OF AMERICA | 3:20-cr-00247-IM |
|---|---|
| v. | |
| JERUSALEM A. CALLAHAN, | GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE |
| Defendant. | |
| | Rule 48(a) Fed. R. Crim. P. |

United States of America moves to dismiss the information filed on July 22, 2020 without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: February 16, 2021

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

s/ *Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney

**Motion to Dismiss Information without Prejudice**                                             Page 1

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00255-SI |
| v. | |
| NICHOLAS KLOIBER, | GOVERNMENT'S MOTION TO DISMISS INFORMATION WITH PREJUDICE |
| Defendant. | |
| | Rule 48(a) Fed. R. Crim. P. |

United States of America moves to dismiss the information filed on July 23, 2020 with prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: February 17, 2021

                                                                                  Respectfully submitted,

                                                                                  BILLY J. WILLIAMS
                                                                                  United States Attorney

                                                                                  s/ *Pamela Paaso*
                                                                                  PAMELA PAASO
                                                                                  Assistant United States Attorney