August 29, 2023

Dear Judge Boasberg:

    I have known David since 1980 when we first started dating in middle school. We stayed together through high school and we were married in March 1987. I think we both knew from the start that we were each other's sole mate. In August 1990 we had our son, Nicholas, and two years later we had our daughter, Kimberly. Now, we are proud to be grandparents of five wonderful grandchildren and are loving every minute with them.

    David is a self-made man. He did not attend college, but he has worked <u>extremely</u> hard to get where he is today. He started out with multiple paper routes at the young age of 11 and did that through high school. He worked for DelMonte Foods where he would work double shifts just to make extra money. David also started his own janitorial business while working at DelMonte. He quit working for DelMonte to grow the janitorial business. The janitorial hours started to become too hard due to our children being small since I would go out with him to work. After that, he then took the Series 6 test to sell insurance and did that for a few years. David finally decided that his true passion was working for himself in the real estate business and decided to be a landlord full time.

    David is not the normal type of man watching football games, watching sports, and hanging out at bars. David had more interest in watching his own children grow up and be involved with their sports that they played as young children all the way through college. David is the type of person who takes everything to heart, he is a kind and fun husband, father and grandfather. We spend all of our time together, which we have done since we first started dating. We enjoy riding bikes on the boardwalk, camping, going on vacation out of the country, bargain hunting at flea markets and "especially" spending time with our children and grandchildren.

    David has never been convicted of any crime in his lifetime and intends to never be in any altercation in the future. He is the sole source of our income and it would put a great strain on our life. I ask for your leniency in his sentencing since he has never been in any trouble in the past.

Sincerely,

*Valerie Krauss*

Valerie Krauss